No. 1250. AMERICAN GUILD OF VARIETY ARTISTS *v.* SMITH, DBA SMITH ENTERTAINMENT AGENCY ET AL. C. A. 8th Cir. Certiorari denied. *Albert F. Kimball* for petitioner. *Jerome G. Raidt* for respondent. ▆▆▆▆▆

No. 1252. FAGER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Robert W. Jones* for petitioner.

No. 1261. RIMERMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Joseph S. Rosenthal* and *Allen Surinsky* for petitioner. *Solicitor General Marshall* for the United States. ▆▆▆▆▆.

No. 1262. WILCOX ET AL. *v.* TRANSAMERICAN FREIGHT LINES, INC. C. A. 6th Cir. Certiorari denied. *Jack B. Josselson* for petitioners. *Ambrose H. Lindhorst* for respondent. ▆▆▆▆▆.

No. 1263. PUBLIC SERVICE CO. OF INDIANA, INC. *v.* FEDERAL POWER COMMISSION. C. A. 7th Cir. Certiorari denied. *Cameron F. MacRae* for petitioner. *Solicitor General Marshall, Richard A. Solomon, Peter H. Schiff, Drexel D. Journey* and *Israel Convisser* for respondent. ▆▆▆▆▆.

No. 1268. BOARD OF EDUCATION OF OKLAHOMA CITY PUBLIC SCHOOLS, INDEPENDENT DISTRICT No. 89, ET AL. *v.* DOWELL ET AL. C. A. 10th Cir. Certiorari denied. *Coleman Hayes* for petitioners. *Jack Greenberg, James M. Nabrit III* and *U. Simpson Tate* for respondents. ▆▆▆▆▆.

No. 1310. KIBBY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Gerald L. Seegers* for petitioners. *Solicitor General Marshall* for the United States. ▆▆▆-▆▆▆.